UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                )      BK No.:   19-02733
Tynisha Coger                         )
                                      )
                                      )      Chapter: 13
                                      )
                                      )      Honorable Jacqueline Cox
                                      )
         Debtor(s)                    )

## ORDER MODIFYING PLAN

THIS CAUSE COMING ON TO BE HEARD on the Motion of Debtor, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto, IT IS HEREBY ORDERED:

1. That the Debtor's current Chapter 13 Plan default is deferred.

2. That Debtor's Chapter 13 Trustee plan payments are increased to $680.00 per month for the remainder of the plan.

3. All other plan terms, including the base amount, shall remain unchanged.

4. Nothing in this Order shall require the Trustee to perform collections from creditors pursuant to any prior plan.

Enter: *Jacqueline B. Cox*
J. Cox

Dated: DEC 1 6 2019                          United States Bankruptcy Judge

**Prepared by:**
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625

Rev: 20120501_bko