**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 02733 |
| Tynisha Coger, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**NOTICE OF MOTION**

TO:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

Anna Valencia, City Clerk, 121 N. LaSalle Street, Room 107, Chicago, IL 60602;

See attached service list.

Please take notice that on June 8, 2020, at 9:00 a.m. I shall appear before the Honorable Judge Jacqueline P. Cox in Courtroom 680 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he sent this notice and the attached motion on May 15, 2020, to:

The Chapter 13 Trustee listed above via electronic notice; and

To the attached service list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

/s/ *Steve Miljus*___
Attorney for Debtor
The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-02733<br>Northern District of Illinois<br>Eastern Division<br>Fri May 15 05:37:40 CDT 2020 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| AFNI, INC<br>PO Box 3517<br>Bloomington, IL 61702-3517 | ATG CREDIT<br>1700 W CORTLAND ST STE 2<br>CHICAGO, IL 60622-1131 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 |
| CMRE. 877-572-7555<br>3075 E IMPERIAL HWY STE<br>BREA, CA 92821-6733 | CONVERGENT OUTSOURCING<br>10750 HAMMERLY BLVD #200<br>Houston, TX 77043-2317 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| City of Chicago - Parking and red Light Tick<br>121 N. LaSalle Street<br>Chicago, IL 60602-1202 | City of Chicago Department<br>Of Administrative Hearing<br>City of Chicago - DOAH C/O Arnold Scott<br>111 W. Jackson Ste 600<br>Chicago, IL 60604-3517 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris, P.C.<br>111 W. Jackson Blvd Ste. 600<br>Chicago, IL 60604-3517 |
| Directv, LLC<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | EDFINANCIAL SERVICES L<br>120 N SEVEN OAKS DR<br>KNOXVILLE, TN 37922-2359 | ENHANCED RECOVERY CO L<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 |
| Edfinancial on behalf of US Dept of Educatio<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 | Enterprise Leasing<br>322 S Green St # 406<br>Chicago, IL 60607-3555 | FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC PO Box<br>c/o Linda Dold<br>Saint Cloud, MN 56302 |
| GREENBLUFF , LLC<br>c/o HAHEEL M RANTISI<br>2342 N DAMEN<br>Chicago, IL 60647-3322 | HARRIS & HARRIS LTD<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654-1421 | IDOR-Bankruptcy Section<br>Po Box 851388<br>Minneapolis, MN 55485-1388 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Keynote Consulting<br>220 W. Campus Drive  # 102<br>Arlington Heights, IL 60004-1498 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)NATIONWIDE CREDIT AND COLLECTION  INC<br>ATTN BOB BECK<br>815 COMMERCE DR<br>SUITE - 270<br>OAK BROOK IL 60523-8852 | (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 | PORTFOLIO RECOV ASSOC<br>PO Box 41067<br>Norfolk, VA 23541-1067 |
| PRESTIGE FINANCIAL SERVICES<br>PO BOX 26707<br>SALT LAKE CITY, UT 84126-0707 | PRESTIGE FINANCIAL SVC<br>351 W OPPORTUNITY WAY<br>DRAPER, UT 84020-1399 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Title Max<br>6319 Northwest Hwy<br>Crystal Lake, IL 60014-7934 | (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 |
| Elizabeth Placek<br>The Semrad Law Firm, LLC<br>20 S. Clark<br>28th Floor<br>Chicago, IL 60603-1811 | Michael A Miller<br>The Semrad Law Firm, LLC<br>20 S. Clark, 28th Floor<br>Chicago, IL 60603-1811 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Steve Miljus<br>The Semrad Law Firm, LLC<br>20 S Clark, 28th<br>Chicago, IL 60603 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | Tynisha Coger<br>4159 W. Oakdale<br>Apt 15<br>Chicago, IL 60641-5416 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAINE & WEINER CO<br>PO BOX 55848<br>SHERMAN OAKS, CA 91413 | IRS<br>Irs Mail Stop 4100 P-3<br>Kansas City, MO 64999 | NATIONWIDE CREDIT & CO<br>815 COMMERCE DR STE 270<br>OAK BROOK, IL 60523 |
| PHOENIX FINANCIAL SERV<br>8902 OTIS AVE STE 103A<br>INDIANAPOLIS, IN 46216 | Portfolio Recovery Associates, LLC<br>C/O capital One Bank (usa), N.a.<br>POB 41067<br>Norfolk VA 23541 | TitleMax of Illinois, Inc.<br>15 Bull Street, Suite 200<br>Savannah, GA 31401 |

End of Label Matrix
Mailable recipients    38
Bypassed recipients     0
Total                  38

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 02733 |
| Tynisha Coger, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Tynisha Coger, by and through Debtor's attorneys, The Semrad Law Firm, LLC and hereby moves this Honorable Court to modify the confirmed Chapter 13 Plan. Debtor states the following:

1. On February 1, 2019, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On April 1, 2019, this Honorable Court confirmed the Debtor's Chapter 13 Plan of reorganization.

3. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 10.00% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $325.00 monthly for 36 months.

5. On December 16, 2019, this Honorable Court entered an Order modifying Debtor's confirmed Chapter 13 Plan and increased plan payments to $680.00 per month for the remainder of the plan.

6. Debtor was unable to afford both her monthly plan payments and all other regular expenses. As a result, a default accrued.

7. Debtor is on payroll control and can resume making regular plan payments moving forward.

8. Debtor respectfully requests this Honorable Court to defer the current plan default to the end of the plan of reorganization.

9. Debtor is in a position to proceed with the instant case.

10. Debtor has filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order modifying the Debtor's Chapter 13 Plan in order to defer the current plan default to the end of the plan of reorganization; and

B. For such other and further relief as the Court deems fair and proper.

/s/ *Steve Miljus*___
Attorney for Debtor

The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625